```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01750
   DAVID B MOLETTE
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5729

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/19/2005 and was confirmed 04/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSEC W/INTER     660.00          58.49         660.00
GOVERMENT EMPLOYEES INS    UNSEC W/INTER    2768.92         243.95        2768.92
ASSET ACCEPTANCE CORP      UNSEC W/INTER    2094.64         184.55        2094.64
ASSET ACCEPTANCE           NOTICE ONLY    NOT FILED            .00            .00
T-MOBILE BANKRUPTCY        UNSEC W/INTER     359.04          32.42         359.04
TIMOTHY K LIOU             DEBTOR ATTY     2,500.00                       2,500.00
TOM VAUGHN                 TRUSTEE                                         543.51
DEBTOR REFUND              REFUND                                          194.38

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   9,639.90

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        5,882.60
    INTEREST                                       519.41
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                               543.51
DEBTOR REFUND                                      194.38
                          ---------------       ---------------
TOTALS                    9,639.90               9,639.90
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 01750 DAVID B MOLETTE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |